Same case below, 353 Fed. Appx. 509.

**No. 09-10528. Naim Gjidija, Petitioner v. United States.**

560 U.S. 979, 130 S. Ct. 3426, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4748.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 369 Fed. Appx. 282.

**No. 09-10693. Geagbae Worjloh, Petitioner v. United States.**

560 U.S. 979, 130 S. Ct. 3434, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4727.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 546 F.3d 104.

**No. 09-10799. Pearlie Johnson, Petitioner v. United States.**

560 U.S. 979, 130 S. Ct. 3441, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4730.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 365 Fed. Appx. 242.

**No. 09-10831. Eduardo Lluberes, Petitioner v. United States.**

560 U.S. 979, 130 S. Ct. 3443, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4726.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 372 Fed. Appx. 151.

**No. 09-10841. In re Howell W. Woltz, Petitioner.**

560 U.S. 964, 130 S. Ct. 3443, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4736.

June 14, 2010. Petition for writ of habeas corpus denied.

**No. 09-10960. In re George Casillas, Petitioner.**

560 U.S. 964, 130 S. Ct. 3445, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4766,

June 14, 2010. Petition for writ of habeas corpus denied.

**No. 09-10854. In re Eric Martin Van Buren, Petitioner.**

560 U.S. 964, 130 S. Ct. 3444, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4765.

June 14, 2010. Petition for writ of mandamus denied.

**No. 09-7923. Steven Allen Schwartz, Petitioner v. United States.**

560 U.S. 979, 130 S. Ct. 3447, 177 L. Ed. 2d 350, 2010 U.S. LEXIS 4753.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1094, 130 S. Ct. 2371, 176 L. Ed. 2d 770, 2010 U.S. LEXIS 3567.